United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KINNARD,<br><br>    Plaintiff,<br><br>v.<br><br>ROGERS TRUCKING, et al.,<br><br>    Defendants<br>_____/ | No. C-99-4565 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT; VACATING HEARING**<br><br>(Docket No. 361) |

    Before the Court is plaintiff Kenneth Kinnard's ("Kinnard") motion, filed June 7, 2006, to set aside the judgment in the above-titled action, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, on the ground of excusable neglect. Kinnard argues that the judgment should be set aside because illness precluded him from filing an adequate opposition to defendant's motion for summary judgment.

    The Ninth Circuit has already considered and rejected this argument, however. On April 18, 2006, the Ninth Circuit affirmed the judgment and expressly held that "[t]he district court did not abuse its discretion when it denied Kinnard's request for a continuance for medical reasons because Kinnard did not submit admissible evidence showing why a continuance was necessary." See Kinnard v. Rogers Trucking, 2006 WL 1009282 at *1 (9th Cir. 2006).

    Accordingly, Kinnard's motion to set aside the judgment is hereby DENIED, and the July 28, 2006 hearing on the motion is hereby VACATED.

1  This order terminates Docket No. 361.

2  **IT IS SO ORDERED.**

3  Dated: June 12, 2006

    _____
    MAXINE M. CHESNEY
    United States District Judge