IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KINNARD, | No. C-99-4565 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT; VACATING HEARING** |
| v. | |
| ROGERS TRUCKING, et al., | (Docket No. 377) |
| Defendants / | |

Before the Court is plaintiff Kenneth Kinnard's ("Kinnard") motion, filed January 24, 2007, to set aside the June 15, 2005 judgment in the above-titled action, pursuant to Rules 60(b)(3) and 60(b)(6) of the Federal Rules of Civil Procedure. In essence, Kinnard contends defense counsel Edwin Wilson conspired with Kinnard's former counsel Frank Debenedetto to thwart plaintiff in his prosecution of the instant action.

To the extent plaintiff brings his motion pursuant to Rule 60(b)(3), his motion is untimely because it was made more than one year after judgment. See Fed. R. Civ. P. 60(b) (providing Rule 60(b)(3) motion "shall be made . . . not more than one year after the judgment . . . was entered").

To the extent plaintiff's motion is brought under Rule 60(b)(6), the motion is untimely because it was not "brought within a reasonable time." See Fed. R. Civ. P. 60(b). All of the asserted court filings, and statements during court appearances, that provide the basis

1  for the instant motion have been known to plaintiff since, at the latest, the fall of 2004, and
2  could have been brought to the Court's attention even before judgment was entered.  See,
3  e.g., Hamilton v. Newland, 374 F.3d 822, 825 (9th Cir. 2004) (holding relief under Rule
4  60(b)(6) available only "where extraordinary circumstances prevented him from taking
5  timely action to prevent or correct an erroneous judgment") (internal quotation and citation
6  omitted).
7     Moreover, plaintiff's motion also fails on its merits, as the motion is entirely
8  unsupported by relevant evidence.
9     Accordingly, Kinnard's motion to set aside the judgment is hereby DENIED.  No
10 motion for reconsideration will be entertained.
11    This order terminates Docket No. 377.
12    **IT IS SO ORDERED.**
13 Dated: February 23, 2007         MAXINE M. CHESNEY
                                    United States District Judge