**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KENNETH R. KINNARD,                        No. C-99-4565 MMC

12            Plaintiff,                        **ORDER DENYING MOTION TO FILE**
                                                **AMICUS BRIEF IN SUPPORT OF**
13      v.                                      **PLAINTIFF'S MOTION TO SET ASIDE**
                                                **JUDGMENT; VACATING HEARING**
14   ROGERS TRUCKING, et al.,

15            Defendants                        (Docket Nos. 378 and 379)
                                          /
16

17          Before the Court is the motion filed February 2, 2007 by Gary Bell of the Council for

18   Legal & Equitable Rights, seeking leave to file an amicus brief in support of plaintiff

19   Kenneth Kinnard's motion to set aside the June 15, 2005 judgment in the above-titled

20   action.  As the Court, by order filed currently herewith has denied the motion to set aside

21   the judgment, and the proposed amicus brief, if filed, would not alter the result, the instant

22   motion is hereby DENIED.

23          This order terminates Docket Nos. 378 and 379.

24          **IT IS SO ORDERED.**

25
                                                _____
     Dated: February 23, 2007                   MAXINE M. CHESNEY
26                                               United States District Judge

27

28