IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KINNARD, | No. C-99-4565 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| ROGERS TRUCKING, et al., | |
| Defendants / | |

    Before the Court is plaintiff Kenneth Kinnard's ("Kinnard") motion, filed March 19, 2007, for leave to file a motion for reconsideration of the Court's March 8, 2007 order denying Kinnard's application to proceed in forma pauperis on appeal. As Kinnard has failed to demonstrate any basis for reconsideration of such order, the instant motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 21, 2007

    MAXINE M. CHESNEY
    United States District Judge