1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH R. KINNARD,

         Plaintiff,

  v.

ROGERS TRUCKING, et al.,

         Defendants

_____/

No. C-99-4565 MMC

**ORDER DENYING PLAINTIFF'S "REQUEST" THAT "COURT MAKE FINDINGS OF FACT AND CONCLUSIONS OF LAW ON ALL ISSUES PRESENTED ON JUDGMENT DATED MARCH 21, 2007"**

(Docket No. 391)

      Before the Court is a document filed April 5, 2007 by plaintiff Kenneth Kinnard ("Kinnard") titled "Request the Court Make Findings of Fact and Conclusions of Law on All Issues Presented on Judgment Dated March 21, 2007." For lack of good cause shown, plaintiff's request is hereby DENIED.

      **IT IS SO ORDERED.**

Dated: April 6, 2007

                        MAXINE M. CHESNEY
                        United States District Judge