IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KINNARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROGERS TRUCKING, et al.,<br><br>　　　　Defendants | No. C-99-4565 MMC<br><br>**ORDER DENYING PLAINTIFF'S "CORRECTED MOTION FOR REQUEST" THAT "COURT ISSUE FINDINGS OF FACT AND CONCLUSIONS OF LAW IN ITS MARCH 21, 2007 ORDER"**<br><br>(Docket No. 393) |

　　　Before the Court is a document filed April 13, 2007 by plaintiff Kenneth Kinnard ("Kinnard") titled "Corrected Motion for Request the Court Issue Findings of Fact and Conclusions of Law in It's March 21, 2007 Order the Court on It's Own Motion Request Judicial Notice." For lack of good cause shown, plaintiff's motion is hereby DENIED.

　　　**IT IS SO ORDERED.**

Dated: April 17, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge