IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KINNARD,<br><br>        Plaintiff,<br><br>   v.<br><br>ROGERS TRUCKING, et al.,<br><br>        Defendants<br>_____/ | No. C-99-4565 MMC<br><br>**ORDER DENYING REQUEST FOR JUDICIAL NOTICE** |

   The Court is in receipt of a document filed by plaintiff January 17, 2008, which document's title begins, "Fraud Perpetrated Upon the District Court/9th Circuit." In said document, plaintiff requests judicial notice of four letters attached thereto.

   For lack of good cause shown, plaintiff's request for judicial notice is hereby DENIED.

   No further filings will be accepted in this closed case.

   **IT IS SO ORDERED.**

Dated: January 18, 2008

MAXINE M. CHESNEY
United States District Judge