IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH R. KINNARD,

    Plaintiff,

v.

ROGERS TRUCKING, et al.,

    Defendants
             /

No. C-99-4565 MMC

**ORDER STRIKING PLAINTIFF'S JUNE 12, 2008 FILING**

On June 12, 2008, plaintiff filed a document titled in part "Denial of Access to the Court." The instant action was dismissed by the Court on June 15, 2005, and plaintiff's subsequent appeal has been dismissed by the Ninth Circuit. Consequently, on January 8, 2008, the Court issued an order stating: "No further filings will be accepted in this closed case." (See Order Denying Request for Judicial Notice at 1:22.)

Accordingly, the above-referenced filing of June 12, 2008 is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: June 25, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge