**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH R. KINNARD,

        Plaintiff,

  v.

ROGERS TRUCKING, et al.,

        Defendants
_____/

No. C-99-4565 MMC

**DIRECTIONS TO CLERK**

      The Clerk of the Court is in receipt of a "Search Request" submitted by plaintiff on October 16, 2008.  The information sought by plaintiff therein, specifically, "Docket 86 (Back Dated Document) Invalid" and "Copy of Properly Dated Substitution for Frank Debenedetto," does not exist.[1]

      Accordingly, the Clerk is DIRECTED to take no action on the above-referenced Search Request.

      **IT IS SO ORDERED.**

Dated:  October 17, 2008

MAXINE M. CHESNEY
United States District Judge

_____

     [1]Docket 86 is an order approving a stipulation.  Said order has previously been provided to plaintiff by the Clerk.  A document indicating such order is "back dated" and/or "invalid" does not exist.