IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KINNARD,<br><br>    Plaintiff,<br><br>  v.<br><br>ROGERS TRUCKING, et al.,<br><br>    Defendants<br>_____/ | No. C-99-4565 MMC<br><br>**ORDER DENYING REQUEST TO REMOVE DOCUMENTS FROM RECORD** |

    The Court is in receipt of plaintiff's Request, filed November 14, 2008, "to Remove from Record Unauthorized Document Filed by Entity not Entitled to File," by which plaintiff seeks an order striking two documents that were filed in 2002.

    Plaintiff's request is hereby DENIED, on the ground it is untimely[1] and, further, on the ground plaintiff has failed to show that either document was improperly filed.

    No further filings will be accepted in this closed case.

    **IT IS SO ORDERED.**

Dated: November 25, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] Judgment against plaintiff was entered in 2005; the judgment was affirmed by the Ninth Circuit Court of Appeals in 2006.