IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KINNARD, | No. C-99-4565 MMC |
| Plaintiff, | **ORDER STRIKING LETTER DATED JULY 21, 2009** |
| v. | |
| ROGERS TRUCKING, et al., | |
| Defendants / | |

The Court is in receipt of a letter, dated July 21, 2009 and filed by the Clerk on August 25, 2009, written by Al Cain ("Cain"), in which Cain asserts that certain counsel have committed "fraud."

The above-titled action has been closed for years.[1] Moreover, the author of the letter is not a party to the instant action, and has no standing to seek relief herein.

Accordingly, the letter is hereby stricken.

**IT IS SO ORDERED.**

Dated: August 31, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Judgment against plaintiff was entered in 2005; the judgment was affirmed by the Ninth Circuit Court of Appeals in 2006.